No. 88–6659.   READ v. TAYLOR ET AL., 490 U. S. 1025.   Motions for leave to file petitions for rehearing denied.

JULY 3, 1989

No. 88–1819.   MCCORDIC v. CALIFORNIA.   Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1051.   HOBSON v. UNITED STATES.   C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *H. J. Inc.* v. *Northwestern Bell Telephone Co.*, *ante*, p. 229.

No. 87–1358.   MARSHALL-SILVER CONSTRUCTION CO., INC., ET AL. v. MENDEL ET AL.   C. A. 3d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *H. J. Inc.* v. *Northwestern Bell Telephone Co.*, *ante*, p. 229.   THE CHIEF JUSTICE, JUSTICE WHITE, JUSTICE STEVENS, and JUSTICE O'CONNOR would deny certiorari.

No. 87–1530.   EASTERN PUBLISHING & ADVERTISING, INC., T/A ARMED FORCES NEWS v. CHESAPEAKE PUBLISHING & ADVERTISING, INC., T/A THE MILITARY NEWS, ET AL.   C. A. 4th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *H. J. Inc.* v. *Northwestern Bell Telephone Co.*, *ante*, p. 229.   THE CHIEF JUSTICE, JUSTICE WHITE, JUSTICE STEVENS, and JUSTICE O'CONNOR would deny certiorari.

No. 87–1742.   TERRE DU LAC ASSN., INC. v. TERRE DU LAC, INC., ET AL.   C. A. 8th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *H. J. Inc.* v. *Northwestern Bell Telephone Co.*, *ante*, p. 229.